001-098-00

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CARLTON LEE MCALISTER ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No: 1-05-1093 T/An |
| ) | |
| CARROLL COUNTY GOVERNMENT ) | |
| AND JOHN DOE 1-10 ) | |
| Defendants ) | |

ORDER GRANTING DEFENDANTS'
MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSIVE PLEADING

Defendants have moved the Court to extend their deadline in which to file a responsive pleading to June 30, 2005, on the grounds that more time is needed to investigate Plaintiff's allegations and that Plaintiff will not suffer any prejudice as a result of the extension. Plaintiff does not oppose this extension. Finding that these reasons are good cause for the extending the Defendants' deadline in which to file a responsive pleading, the Court hereby GRANTS Defendants' motion for an extension of time. Defendants shall file a responsive pleading no later than June 30, 2005.

IT IS SO ORDERED.

S. Thomas Anderson USMJ
Judge ~~James D. Todd~~

June 22, 2005
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 6|23|05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 1:05-CV-01093 was distributed by fax, mail, or direct printing on June 23, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT