## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

CARLTON LEE MCALISTER )
     **Plaintiff** )
      )
**v.** )       No: 1-05-1093 T/An
      )
CARROLL COUNTY GOVERNMENT )
AND JOHN DOE 1-10 )
     **Defendants** )

---

## ~~PROPOSED~~ RULE 16(b) SCHEDULING ORDER

---

Pursuant to the Scheduling conference set by written notice, the following dates are established as the final dates for:

### INITIAL DISCLOSURES (RULE 26(a)(1)):

     September 13, 2005

### JOINING PARTIES:

     For Plaintiff:  October 28, 2005
     For Defendant:  November 28, 2005

### AMENDING PLEADINGS

     For Plaintiff:  October 28, 2005
     For Defendant:  November 28, 2005

### COMPLETING ALL DISCOVERY:  March 29, 2006

    (a)    **REQUESTS FOR PRODUCTION, INTERROGATORIES and REQUESTS FOR ADMISSIONS:**    March 29, 2006

    (b)    **EXPERT DISCLOSURE (RULE 26(a)(2)):**
        (i)    Plaintiff's Experts:    January 27, 2006
        (ii)    Defendant's Experts:  February 27, 2006
        (iii)    Supplementation under Rule 26(e)(2): 10 days after Defendant's disclosure

This document entered on the docket sheet In compliance
with Rule 58 and/or 79 (a) FRCP on **8/30/05**

FILED BY _____ D.C.
05 AUG 29  AM 8: 46
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

14

(c)   **DEPOSITIONS OF EXPERTS:**   March 29, 2006

**FILING DISPOSITIVE MOTIONS:** April 13, 2006

**FINAL LIST OF WTINESSES AND EXHIBITS (Rule 26(a)(3)):**

      (a)      for Plaintiff:  May 26, 2006

      (b)      for Defendant:  June 12, 2006

Parties shall have <u>10</u> days after service of final lists of witnesses and exhibits to file objections under Rule 26 (a)(3).

The trial of this matter is expected to last __3__ days and is **SET** for  **TRIAL** on **Wednesday, July 12, 2006** at 9:30 A.M.  A proposed pre-trial order is due on **Friday, June 30, 2006**.  In the event the parties are unable to agree on a joint pre-trial order, the parties must notify the court at least ten days before trial.

**OTHER RELEVANT MATTERS**:

Interrogatories, Requests for Production and Requests for Admissions must be submitted to the opposing party in sufficient time for the opposing party to respond by the deadline for completion of discovery. For example, if the FRCP allow 30 days for a party to respond, then the discovery must be submitted at least 30 days prior to the deadline for completion of discovery.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or service of the response, answer, or objection which is the subject of the motion if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or any objection to the default, response, or answer shall be waived.

The parties are reminded that pursuant to Local Rule 7(a)(1 )(A) and (a)( 1 )(B), all motions, except motions pursuant to FRCP 12, 56, 59, and 60, shall be accompanied by a proposed Order and a Certificate of Consultation.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties may consent to trial before the Magistrate Judge. The Magistrate Judge can normally provide the parties with a definite trial date that will not be continued unless a continuance is agreed to by all parties, or an emergency arises which precludes the matter from proceeding to trial.

The parties are encouraged to engage in court-annexed attorney mediation or private mediation on or before the close of discovery

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this Order will not be modified or extended.

**IT IS SO ORDERED.**

S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: August 26, 2005

3

APPROVED FOR ENTRY:


BY: *William T. Winchester by Jon York w/permission*
     William T. Winchester
     2600 Poplar Avenue
     Suite 507
     Memphis, TN 38112




BY: _____
     James I. Pentecost (#011640)
     Jon A. York (#023106)
     Attorneys for Defendants
     106 Stonebridge Blvd
     Jackson, TN  38305



## CERTIFICATE OF SERVICE

     This is to certify that I have served a copy of this pleading or paper personally or by mail upon each attorney or firm of attorneys appearing of record for each adverse party or each *pro se* party on or before the filing date thereof.

     DATED:  This the _18_ day of August,  2005.

                       PENTECOST, GLENN & RUDD, PLLC

          By: _____
              James I. Pentecost (#011640)
              Jon A. York  (#023106)
              Attorneys for Defendants

4

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 14 in case 1:05-CV-01093 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Honorable James Todd
US DISTRICT COURT