# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

**JUDGMENT IN A CIVIL CASE**

CARLTON LEE MCALISTER,

v.

CARROLL COUNTY, TENNESSEE;　　　CASE NUMBER: 1:05-1093-T/An
JOHN DOE 1-10

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

　　IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/27/2005, Defendant's Motion for Dismissal and/or Summary Judgment is GRANTED, the Plaintiff's state and federal claims are DISMISSED WITH PREJUDICE as to both the County and John Does 1-10. This action is hereby DISMISSED.

APPROVED:

_(signed)_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

　　　　　　　　　　　　　　　　　　THOMAS M. GOULD
　　　　　　　　　　　　　　　　　　CLERK

9-30-05　　　　　　　　　　BY:　_(signed)_
DATE　　　　　　　　　　　　　　DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 10/3/05.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:05-CV-01093 was distributed by fax, mail, or direct printing on October 3, 2005 to the parties listed.

---

Jon A. York
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

William T. Winchester
THE LAW OFFICES OF WILLIAM T. WINCHESTER
2600 Poplar Ave.
Ste. 507
Memphis, TN 38112

Honorable James Todd
US DISTRICT COURT